**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

TIMOTHY HENNIGAN & AARON
MCHENRY, individually and on behalf of
themselves and all others similarly situated,

        Plaintiffs,

Case No. 2:09-cv-11912-VAR-MJH

v.

Hon. Victoria A. Roberts

GENERAL ELECTRIC COMPANY,
SAMSUNG ELECTRONICS AMERICA, INC.

        Defendants.

_____/

**STIPULATION FOR DISMISSAL OF SAMSUNG ELECTRONICS AMERICA, INC.**

The parties stipulate to entry of the proposed Order attached as Exhibit A, dismissing Defendant Samsung Electronics America, Inc. without prejudice and without costs or attorneys' fees to any party.

**THE MILLER LAW FIRM, P.C.**

/s/ Darryl Bressack
E. Powell Miller (P39487)
Darryl Bressack (P67820)
Attorneys for Plaintiffs
950 West University Drive, Suite 300
Rochester, MI  48307
(248) 841-2200
(248) 652-2852 (Facsimile)
epm@millerlawpc.com

**KERR, RUSSELL AND WEBER, PLC**

/s/ Michael A. Sneyd
Michael A. Sneyd (P52073)
Attorneys for Samsung Electronics America, Inc.
Detroit Center, Suite 2500
500 Woodward Avenue
Detroit, Michigan  48226
(313) 961-0200
(313) 961-0388 (Facsimile)
Email:  mas@krwlaw.com


**BLAKE, KIRCHNER, SYMONDS, LARSON, KENNEDY & SMITH, P.C.,**

/s/ Peter Blake
Peter Blake
Attorneys for General Electric Company
1400 Buhl Building
535 Griswold Street
Detroit, Michigan  48226
(313) 961-7321
(313) 961-5972 (Facsimile)
Email:  fpb@blakehirchner.com

UNITED **STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

TIMOTHY HENNIGAN & AARON
MCHENRY, individually and on behalf of
themselves and all others similarly situated,

        Plaintiffs,

Case No. 2:09-cv-11912-VAR-MJH

v.

Hon. Victoria A. Roberts

GENERAL ELECTRIC COMPANY,
SAMSUNG ELECTRONICS AMERICA, INC.

        Defendants.
_____/

**STIPULATED ORDER OF DISMISSAL OF**
**SAMSUNG ELECTRONICS AMERICA, INC.**

    Upon the stipulation of the parties;

IT IS ORDERED that Defendant Samsung Electronics America, Inc. is dismissed without prejudice and without costs or attorneys' fees to any party.

        S/Victoria A. Roberts

        United States District Judge

Dated:  11/18/09

{34187\2\DT425381.DOC;1}